SAMUEL K. NESTER, Appellant, *v.* HENRY COLTER, Respondent.

*Nester* v. *Colter*, 98 App. Div. 634, affirmed.
(Argued October 18, 1906; decided November 13, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 17, 1905, affirming a judgment in favor of defendant entered upon the report of a referee in an action to rescind a contract on the ground of alleged false representations.

*William S. Moore* for appellant.

*Lyman J. Baskin* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER and WILLARD BARTLETT, JJ. Absent: GRAY, J. Not sitting: HISCOCK, J.

---

HENRIETTA DRESSNER, Respondent, *v.* HENRY T. DRESSNER, Appellant.

*Dressner* v. *Dressner*, 104 App. Div. 617, affirmed.
(Submitted October 19, 1906; decided November 13, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 6, 1905, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court and an order denying a motion for a new trial in an action to recover money due under an alleged written contract.

*Max D. Steuer* for appellant.

*Benjamin F. Feiner* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER and HISCOCK, JJ. Absent: GRAY, J. Not sitting: WILLARD BARTLETT, J.